**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No.: 1:16-cv-00407

MARIS SANCHEZ, Derivatively on Behalf of Clovis Oncology, Inc.,

Plaintiff,

v.

BRIAN G. ATWOOD,
M. JAMES BARRETT,
JAMES BLAIR,
KEITH FLAHERTY,
GINGER GRAHAM,
PAUL KLINGENSTEIN,
PATRICK J. MAHAFFY,
EDWARD J. MCKINLEY, and
THORLEF SPICKSCHEN,

Defendants,

-and-

CLOVIS ONCOLOGY, INC.

Nominal Defendant

---

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO RULE 41(a)(1)(A)(i)**

---

COMES NOW Plaintiff, Maris Sanchez, by and through her attorney of record, William B. Federman, hereby voluntarily dismisses all claims in this action without prejudice as to Defendants, Brian G. Atwood, M. James Barrett, James Blair, Keith Flaherty, Ginger Grahm, Paul Kingenstein, Patrick J. Mahaffy, Edward J. McKinley, Thorlef Spickschen and Clovis Oncology, Inc.

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), in relevant part:

(a) Voluntary Dismissal.

(1) By the Plaintiff.

(A) Without a Court Order. Subject to Rules 23(e), 23.1(c), 23.2 and 66, and any applicable federal statute, the Plaintiff may dismiss an action without a court order by filing:

(i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment.

As of the date of this filing, Plaintiff has not been served with a formal answer, counterclaim, or motion for summary judgment from the Defendants. Therefore, Plaintiff hereby **VOLUNTARILY DISMISSES** this action pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: March 11, 2016

Respectfully submitted,

/s/ William B. Federman

William B. Federman
**FEDERMAN & SHERWOOD**
10205 N. Pennsylvania Ave.
Oklahoma City, Oklahoma 73120
Telephone: (405) 235-1560
Facsimile: (405) 239-2112
Email: wbf@federmanlaw.com

*Attorney for Plaintiff Maris Sanchez*